UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-60260-CIV-MORENO**

CLIFTON E. BOSTIC,

    Petitioner,

vs.

WALTER A. McNEIL,

    Respondent.

_____/

**CLOSED CIVIL CASE**

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND ORDER DISMISSING CASE WITHOUT PREJUDICE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 16)** on **April 15, 2010**. The Court has reviewed the entire file and record and made a *de novo* review of the issues. The Court notes that there are no objections to the Magistrate Judge's Report and Recommendation, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 16)** on **April 15, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)    This petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE, except as to any application of the federal statute of limitations or other federal procedural bar that may apply.

(2)    Petitioner's motion to stay, (D.E. No. 5), filed on February 26, 2010 is DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of May, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record